NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (CBN 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-6166
    Facsimile: (213) 894-7177
    E-mail: Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT 2323 MAIN STREET, IRVINE, CALIFORNIA,<br><br>    Defendant.<br><br>VON KARMAN – MAIN STREET, LLC,<br><br>    Claimant. | NO. SACV 17-1592 DMG (SPx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER STAYING CIVIL FORFEITURE PROCEEDING FOR ALL PURPOSES EXCEPT THE FILING OF TIMELY CLAIMS AND ANSWERS** |

///
///

1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff herewith lodges the [Proposed] Order Staying Civil Forfeiture Proceeding for All Purposes Except the Filing of Timely Claims and Answers.

DATED: January 22, 2018	NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

    /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA