UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>REAL PROPERTY LOCATED AT 2323 MAIN STREET, IRVINE, CALIFORNIA,<br><br>　　　　Defendant.<br><br>VON KARMAN – MAIN STREET, LLC,<br><br>　　　　Claimant. | NO. SACV 17-1592 DMG (SPx)<br><br>**[PROPOSED]**<br>**ORDER STAYING CIVIL FORFEITURE PROCEEDING FOR ALL PURPOSES EXCEPT THE FILING OF TIMELY CLAIMS AND ANSWERS** |

　　　　Plaintiff ("the government") has moved to stay the instant action under Title 18, United States Code, Section 981(g)(1) and the Court's inherent power on the ground that proceeding with the instant action, and more particularly allowing Claimant to conduct formal discovery under the Federal Rules of Civil Procedure, is likely to have an adverse effect on the government's ability to conduct the related criminal investigation.  The Court, having considered the arguments of the

1

parties, GRANTS the government's motion to stay this action for the reasons stated in the government's motion.

The government will report to the Court every 120 days regarding the status of the related criminal investigation.

IT IS SO ORDERED.

DATED: _____, 2018   _____
                                THE HONORABLE DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

    /s/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA