# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>REAL PROPERTY LOCATED AT 2323 MAIN STREET IRIVINE, CALIFORNIA<br><br>　　　　　Defendant.<br><br>VON KARMAN – MAIN STREET, LLC,<br>　　　　　Claimant. | Case No.: SA CV 17-1592-DMG (SPx)<br><br>**ORDER GRANTING CLAIMANTS' EX PARTE TO STAY THE COURT'S RULING ON THE GOVERNMENT'S MOTION FOR ORDER AUTHORIZING INTERLOCUTORY SALE OF REAL PROPERTY [58]** |

Having considered the moving papers, opposition, and the pleadings and files in this action, the Court **GRANTS** Claimant's *ex parte* application for a stay of the Court's ruling on the Government's Motion for Order Authorizing Interlocutory Sale of Real Property.

**IT IS SO ORDERED**.

DATED: April 1, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE